UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BROOKE MORRISON,                      )
                                          )
       Plaintiff(s),            )
                                            )
     vs.                      )          Case No. 4:10CV2395 JCH (LMB)
                                            )
MICHAEL J. ASTRUE,             )
Commissioner of Social Security,     )
                                          )
       Defendant(s).         )

**ORDER**

       This matter arises on the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, filed December 27, 2011. (ECF No. 19). <u>See</u> 28 U.S.C. § 636. In his report, Magistrate Judge Blanton recommends that the Court reverse the decision of the Commissioner and remand this case for further proceedings. Neither party has filed objections to the Report and Recommendation.

       After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings and will adopt the Report and Recommendation.

       Accordingly,

       **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 19) is adopted and incorporated herein.

       **IT IS FURTHER ORDERED** that, pursuant to sentence four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 21st day of February, 2012.


/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE