UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BROOKE MORRISON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV2395 JCH (LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court upon Plaintiff's Application for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act ("EAJA"), filed February 25, 2012. (ECF Nos. 22). In her motion and supporting memorandum, Plaintiff requests an award of attorney's fees in the amount of $3,835.09, pursuant to 28 U.S.C. § 2412(d). Plaintiff also presents an Assignment of Federal Court EAJA Attorney Fee, signed by Plaintiff, assigning "any and all court-awarded EAJA attorney's fees and costs, for federal court work only, to [Plaintiff's] attorney." (ECF No. 23-3). Defendant has no objection to Plaintiff's request. (ECF No. 42, p. 1). Upon consideration, the Court finds Plaintiff's fee request to be reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act (ECF No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security shall pay EAJA attorney's fees in the amount of $3,835.09, and that the award shall be made payable to Plaintiff's attorney, Traci L. Severs, as assignee.

- 2 -

Dated this 6th day of March, 2012.

                                        /s/Jean C. Hamilton
                                        UNITED STATES DISTRICT JUDGE